**Order entered August 16, 2018**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00924-CV
No. 05-18-00925-CV
No. 05-18-00926-CV

### IN RE ROY OLIVER, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-18595-V, F17-00576-V & F17-00579-V**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ADA BROWN
        JUSTICE